# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL TYRELL HOLSTON,

  Petitioner,

        v.

SUPERINTENDENT MICHAEL D. OVERMYER,

  Respondent.

NO. 3:16-CV-1042

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 8th day of August, 2018, **IT IS HEREBY ORDERED** that:

(1) The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) filed by Michael Tyrell Holston is **DENIED**.

(2) A Certificate of Appealability **SHALL NOT ISSUE**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

                                               /s/ A. Richard Caputo
                                               A. Richard Caputo
                                               United States District Judge